UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEARY BURGER, et al**                                              **PLAINTIFF(S)**

v.                                    **Civil Case No. 1:09cv264-LG-RHW**

**USAA CASUALTY INSURANCE COMPANY,** *et al*            **DEFENDANT(S)**

---

### NOTICE OF SERVICE OF EXPERT DISCLOSURES

---

Notice is hereby given that Keary Burger and Phyllis Burger this day made expert disclosures to all parties of the information required by Uniform Local Rule 26.1.

This 30th day of September, 2009.

*PLAINTIFFS*

BY: BARRETT LAW OFFICE

BY: /s/ Don Barrett
    Don Barrett
    BARRETT LAW OFFICE
    P. O. Box 987
    Lexington, MS 39095
    Telephone: 662-834-2376
    Facsimile: 662-834-2628

    Dewitt M. Lovelace
    LOVELACE LAW FIRM, P.A.
    36474 Emerald Coast Parkway
    Suite 4202
    Destin, FL 32541
    Telephone: 850-837-6020
    Facsimile: 850-837-4093

## CERTIFICATE OF SERVICE

I, Don Barrett, do hereby certify that on this 30th day of September, 2009, I filed electronically with the ECF Filing System of the Southern District of Mississippi, a true correct copy of the foregoing Notice of Service of Initial Disclosures to the following:

W. Shan Thompson
Jimmy Boone
**Copeland, Cook, Taylor & Bush**
P.O. Box 6020
Ridgeland, MS 39158-6020

/s/ Don Barrett
Don Barrett