**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KEARY BURGER and PHYLLIS BURGER**　　　　　　　　　　**PLAINTIFFS**

**VS.**　　　　　　　　**CIVIL ACTION NO. 1:09cv264-LG-LHW**

**USAA CASUALTY INSURANCE COMPANY
and JOHN DOES 1-10**　　　　　　　　　　　　　**DEFENDANTS**

---

## DEFENDANT'S DESIGNATION OF EXPERTS

---

COMES NOW Defendant, United Services Automobile Association (hereinafter referred to as "USAA"), by and through its attorneys of record herein and files this its Designation of Experts in the above captioned matter pursuant to Fed. Rule of Civ. Pro. 26, and in support hereof, states unto the Court and to all parties of record, the following, to wit:

The Defendant hereby designates the following individuals as experts that it will or may call to testify at a trial of this action regarding any and all opinions given by Defendant's and/or Plaintiffs' expert witnesses:

1.　　　W. Gene Corley, Ph.D, P.E. and/or
　　　　Steven J. Smith, Ph.D

Drs. Corley and Smith are experts in the field of engineering and other matters related thereto. Their address is CTL Group, 5400 Old Orchard Road, Skokie, Illinois 60077-1030. Their phone number is (847) 965-7500.

Attached hereto as "Exhibit A," are a copy of Drs. Corley and Smith's written report. Drs. Corley and Smith's qualifications, educational background and professional information are set forth

Page 1 of  4

in their *curriculum vitae* and litigation case history, a copy of which is attached hereto as "Exhibits

B and C," and incorporated herein by reference as though copied herein in full.

2.     Donald N. Slinn, PhD.

Dr. Slinn is an expert in the field of fluid dynamics, oceanography, waves, wave forces and

breach systems.  His address is 5520 N.W. 80th Avenue, Gainesville, FL 32653.

Attached hereto as "Exhibit D," is a copy of Mr. Slinn's written report,  his *curriculum vitae*

setting forth his qualifications, educational background and professional information as well as a

copy of his litigation case history.

3.     Dr. David L. Mitchell, Ph.D.

Dr. Mitchell is an expert in the field of meteorology.  His business name and address are

MET Associates at P.O. Box 70, Dayton, Texas 77535-0070.  His telephone number is 936-257-

1633.

Attached hereto as Exhibit "E," is a copy of Dr. Mitchell's written report.  Dr. Mitchell's

qualifications, educational background and professional information are set forth in his *curriculum*

*vitae*, a copy of which is attached as Exhibit "E," and incorporated herein by reference.

4.     EFI Global Inc.
       Mike Thompson, P.E. and
       Lori L. Burke, P.E.

Mr. Thompson and Ms. Burke are experts in the field of engineering.  Their address is c/o

Copeland, Cook, Taylor & Bush, P.A. P.O. Box 6020, Ridgeland, MS 39158.

A copy of their written report has already been produced.

Respectfully submitted, this the 2nd day of November 2009.

**UNITED   SERVICES   AUTOMOBILE ASSOCIATION**

BY:_____/s/ W. Shan Thompson_____
　　　　　　Charles G. Copeland (MBN 6516)
　　　　　　W. Shan Thompson (MBN 9445)
　　　　　　Janet Arnold (MBN 1626)
　　　　　　James D. Boone (MSB#102377)
　　　　　　Attorneys for Defendant

OF COUNSEL:

COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
P.O. Box 6020
Ridgeland, Mississippi 39158
Telephone (601) 856-7200
Facsimile (601) 856-7626

<u>**CERTIFICATE OF SERVICE**</u>

I, W. Shan Thompson, hereby certify that on November 2, 2009, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such

filing to the following:

Don Barrett, Esq.
BARRETT LAW OFFICE
P.O. Box 987
Lexington, MS 39095

Dewitt M. Lovelace, Esq.
Alex Peet, Esq.
LOVELACE LAW FIRM, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541

Thomas P. Thrash, Esq.
THRASH LAW FIRM
101 Garland Street
Little Rock, AR 72201-1214

THIS, the 2nd day of November, 2009.

   /s/ W. Shan Thompson
      W. Shan Thompson