**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**KEARY BURGER and PHYLLIS BURGER**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO. 1:09cv264-LG-RHW**

**USAA CASUALTY INSURANCE COMPANY**
**and JOHN DOES 1-10**  **DEFENDANTS**

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs and Defendant jointly move the Court, to grant them additional time to conduct discovery in the above styled case. In support of this request, the parties respectfully state:

1. The current discovery deadline for the parties in the above styled case is January 15, 2009.

2. Because of the schedules of the attorneys for the parties with regard to various matters, counsel for both parties are in need of additional time, or through and including June 1, 2010, in which to conduct discovery.

3. As the instant case is not set for trial until September 13, 2010 and the parties have already designated expert witnesses, the extension of time would not create scheduling conflicts with re-setting the motion deadline associated with the case. The parties respectfully suggest to the Court that the motion deadline be reset to June 15, 2010.

4. All parties agree to this request for extension of time to conduct discovery.

5. This motion is not filed for purposes of delay, and grant of the motion will not prejudice any party to this action.

6. Because of the nature of this motion, and the agreement of the parties, both Plaintiffs and Defendant request that the Court waive the Uniform Local Rule 7.2(D) briefing requirement.

This 3rd day of December, 2009.

        Respectfully submitted,

        **KEARY AND PHYLLIS BURGER**

        By: s/Don Barrett
          Don Barrett

        **USAA CASUALTY INSURANCE COMPANY**

        By: s/James D. Boone
          Charles G. Copeland (MBN 6516)
          W. Shan Thompson (MBN 9445)
          Janet G. Arnold (MBN 1626)
          James D. Boone (MBN 102377)
          ATTORNEYS FOR DEFENDANT

**OF COUNSEL:**

**COPELAND, COOK, TAYLOR & BUSH, P.A.**
1076 Highland Colony Parkway
600 Concourse, Suite 100 (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
Telephone: 601-856-7200
Facsimile: 601-856-7626

**CERTIFICATE OF SERVICE**

I, James D. Boone, hereby certify that on December 3, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Don Barrett, Esq.
BARRETT LAW OFFICE
P.O. Box 987
Lexington, MS 39095

Dewitt M. Lovelace, Esq.
Alex Peet, Esq.
LOVELACE LAW FIRM, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541

Thomas P. Thrash, Esq.
THRASH LAW FIRM
101 Garland Street
Little Rock, AR 72201-1214

THIS, the 3rd day of December, 2009.

/s/ James D. Boone
James D. Boone